```
BENJAMIN B. WAGNER
Acting United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:99CR5280 OWW |
| Plaintiff, | ORDER FOR DISMISSAL OF INDICTMENT |
| v. | |
| AGNALDO DASILVA JAWAD, | |
| Defendant. | |

IT IS HEREBY ORDERED, that the Indictment against AGNALDO DASILVA JAWAD, be dismissed in the interest of justice and without prejudice.

DATED: September 13, 2011          /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   U.S. District Court Judge

1